

# United States District Court
# Eastern District of California

| Kocaman |
| --- |

Plaintiff(s)

Case Number: | 1:26-cv-01269-DC-EFB |
| --- |

V.

| Noem, et al. |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Mehmet Y. Turkoglu _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Muhammed Kocaman

On _____ 04/28/2025 _____ (date), I was admitted to practice and presently in good standing in the

_____ New York _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Serkan Tutka v. Noem et al, 1:26-at-00505. My Pro Hac Vice application was granted.

Date: _____ 02/17/2026 _____       Signature of Applicant: /s/ __ Mehmet Y. Turkoglu __

**Pro Hac Vice Attorney**

Applicant's Name: Mehmet Y. Turkoglu

Law Firm Name: MYT Law Firm

Address: 5775 Wayzata Blvd Ste 700

City: Minneapolis    State: MN    Zip: 55416

Phone Number w/Area Code: (612) 720-0075

City and State of Residence: St. Paul MN

Primary E-mail Address: mturkoglu@mytlegal.com

Secondary E-mail Address: myigitturkoglu@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sarah L. Vuong

Law Firm Name: Ariela Lake Law & Consulting PLLC

Address: 1221 Hermosa Ave. Suite 101

City: Hermosa Beach    State: CA    Zip: 90254

Phone Number w/Area Code: (202) 996-5757    Bar # 258528

## ORDER

**The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.**

Dated: February 23, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE