Mehmet Y. Turkoglu, Esq.
Att Reg number: NY State, 6232813
MYT Law Firm
5775 Wayzata Blvd, Ste 700
Minneapolis MN 55416
(612) 720-0075
mturkoglu@mytlegal.com
*Appearing as a Pro Hac Vice*
*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Muhammed Kocaman<br>Petitioner,<br>      v.<br>Noem et al.,<br><br>Respondents. | Case No.: 1:26-cv-01269-DC-EFB<br><br>[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR AN ORDER TO SHOW CAUSE |

Upon consideration of Petitioner's Motion for an Order to Show Cause, the Verified Petition, and the records herein, and good cause appearing:

IT IS HEREBY ORDERED that Respondents shall show cause, if any, why the Writ of Habeas Corpus should not be granted.

IT IS FURTHER ORDERED that:

1. Respondents shall file and serve a return to the Petition for Writ of Habeas Corpus no later than **three (3) days** from the date of this Order.

2. Petitioner may file and serve a reply within **three (3) days** thereafter.

3. Pending the Court's resolution of the Petition, Respondents are ENJOINED and RESTRAINED from transferring Petitioner outside of the Eastern District of California.

**IT IS SO ORDERED.**

DATED: March 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE